IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRITTANY VANCE, JONATHAN REDDING, on behalf of themselves and all others similarly situated, | § § § § § § § § § § § § § § § § | SA-17-CV-00225-DAE |
| *Plaintiffs,* | | |
| vs. | | |
| TRANSWORLD SYSTEMS, INC., TURNSTILE CAPITAL MANAGEMENT, LLC, and US BANK, N.A., | | |
| *Defendants.* | | |

## **ORDER**

Before the Court in the above-styled and numbered cause of action is Plaintiffs' Motion for Class Certification [#3], which was referred to the undersigned for disposition pursuant to Rules CV-72 and 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas on November 22, 2017 [#34]. The record in this case indicates that this motion was filed concurrently with Plaintiff's Original Complaint and therefore has been pending since March 21, 2017. There is no response on file to the motion. This is due in part to the motion being filed prior to Defendants' service and appearance in this case. The record also reflects that Judge Ezra entered a stay of discovery pending resolution of a motion to dismiss that was filed by Defendants. On November 22, 2017, Judge Ezra denied the motion to dismiss, granted Plaintiff leave to file a Third Amended Complaint, and referred Plaintiff's motion for conditional certification to the undersigned for resolution. Accordingly,

1

**IT IS HEREBY ORDERED** that on or before **Monday, December 4, 2017**, either (1) if Defendants plan to oppose Plaintiffs' Motion for Class Certification, Defendants shall file their response in opposition; or (2) if Defendants do not oppose the motion, the parties should confer regarding the contents of a notice and file their agreed proposed notice.

SIGNED this 27th day of November, 2017.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE