IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRITTANY VANCE, JONATHAN REDDING, JULIE THOMASON, AND MARSHA MCCLESKEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., TURNSTILE CAPITAL MANAGEMENT, LLC, and U.S. BANK, N.A.,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Case No. 5:17-cv-00225-DAE |

## AGREED ORDER GRANTING JOINT MOTION TO STAY CASE

After considering the Parties' Joint Motion to Stay Discovery and Scheduling Order Deadlines Pending Settlement (the "Motion"), the Court has determined the Motion should be GRANTED:

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Parties' Motion is GRANTED, and that all discovery and the Scheduling Order deadlines are stayed for sixty (60) days.

_____
UNITED STATES DISTRICT JUDGE
May 21, 2018        David Ezra