IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRITTANY VANCE, JONATHAN REDDING, JULIE THOMASON, AND MARSHA MCCLESKEY on behalf of themselves and all others similarly situated, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:17-cv-00225-DAE |
| TRANSWORLD SYSTEMS, INC., TURNSTILE CAPITAL MANAGEMENT, LLC, and U.S. BANK, N.A., | § § § § § § | |
| Defendants. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendants, Transworld Systems Inc., Turnstile Capital Management, LLC, and U.S. Bank, National Association (collectively "Defendants"), by and through their undersigned counsel, hereby submit this Notice of Pending Settlement and state that Defendants and Plaintiffs have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Defendants respectfully request sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC

1

900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
Email: wwhite@sessions.legal

Bryan C. Shartle
LA Bar No. 27640
*Admitted Pro Hac Vice*
Sessions, Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: bshartle@sessions.legal

Dayle M. Van Hoose
FL Bar No. 0016277
*Admitted Pro Hac Vice*
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
Email: dvanhoose@sessions.legal

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas and served via CM/ECF upon the following:

Daniel J. Ciment
Heston Ciment, PLLC
607 Park Grove Drive, Suite B
Katy, TX 77450
Telephone: (713) 270-4833
Facsimile: (713) 583-9296
Email: daniel@hestonciment.com

Jerry J. Jarzombek
The Law Office of Jerry Jarzombek, PLLC
301 Commerce Street, Suite 2900
Fort Worth, TX 76102
Telephone: (817) 348-8325
Facsimile: (817) 348-8328
Email: jerryjj@airmail.net

James O. Latturner
Daniel Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
Email: dedelman@edcombs.com

    /s/ Whitney L. White
    Whitney L. White