IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRITTANY VANCE, JONATHAN REDDING, JULIE THOMASON, AND MARSHA MCCLESKEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., TURNSTILE CAPITAL MANAGEMENT, LLC, and U.S. BANK, N.A.,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Case No. 5:17-cv-00225-DAE |

## ORDER OF DISMISSAL

Based on the stipulation of the parties, Plaintiffs, Brittany Vance, Jonathan Redding, Julie Thomason and Marsha McCleskey (collectively "Plaintiffs"), and Defendants, Transworld Systems, Inc., Turnstile Capital Management, LLC, and U.S. Bank, National Association (collectively "Defendants"), filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiffs' individual claims against Defendants are dismissed with prejudice, the claims of the putative class members are dismissed without prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: September 10, 2018

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

1

September 10, 2018